# Order

Michigan Supreme Court
Lansing, Michigan

March 11, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139261-2

DEVICA L. THOMPSON, Personal
Representative of the Estate of John Lee
Thompson,
      Plaintiff-Appellant,

v

CARROLLTON TOWNSHIP POLICE
DEPARTMENT, JASON ARTHUR
HENDRICKS, MATTHEW TERRY LAUX,
JEFFREY BRECHELSBAUER, CARY
ONWELLER, PAUL LAGALO, RICKEY
SHAFT, STUART SCHWEIGERT, JONATHAN
BROWN, JOSHUA ROLL, STEVE
FRESORGER, SAGINAW COUNTY,
SAGINAW COUNTY SHERIFF'S
DEPARTMENT, CHARLES L. BROWN,
CARROLLTON TOWNSHIP, CRAIG OATTEN,
CITY OF ZILWAUKEE, ZILWAUKEE POLICE
DEPARTMENT, BRUCE KING, and TASER
INTERNATIONAL, INC.,
      Defendants-Appellees,

SC: 139261-2
COA: 283772, 283785
Saginaw CC: 03-050008-NO

_____/

     On order of the Court, the application for leave to appeal the June 2, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     KELLY, C.J., and HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 11, 2010

0303

_____
Clerk